# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00807-CR

**John Henry Carter, Jr., Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TOM GREEN COUNTY, 391ST JUDICIAL DISTRICT
### NO. D-11-0243-SA, HONORABLE MARTIN (BROCK) JONES, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant has filed a motion to dismiss this appeal, explaining that he only wished to appeal from his conviction in a related appeal (No. 03-12-00806-CR). *See* Tex. R. App. P. 42.2. We therefore grant the motion and dismiss this appeal. We dismiss all pending motions.

_____

David Puryear, Justice

Before Justices Puryear, Rose and Goodwin

Dismissed on Appellant's Motion

Filed:   July 3, 2013

Do Not Publish